IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEMARQUARIUS DEONTE
TRUITT,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4051

Opinion filed July 20, 2016.

An appeal from the Circuit Court for Alachua County.
Aymer L. Curtin, Judge.

Nancy A. Daniels, Public Defender, M.J. Lord, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

<u>UPON REVIEW BY THE SUPREME COURT</u>

PER CURIAM.

     This Court previously affirmed Appellant's conviction and sentence for improper use of computer services to solicit a person believed to be a child to commit a designated illegal act, in violation of section 847.0135(3), Florida Statutes; traveling to meet a minor, in violation of section 847.0135(4), Florida

Statutes; and unlawful use of a two-way communications device, in violation of section 924.215, Florida Statutes. Truitt v. State, 146 So. 3d 1289 (Fla. 1st DCA 2014). After issuance of that opinion, the Florida Supreme Court ruled that double jeopardy principles prohibit separate convictions based on the same conduct for soliciting and for traveling to engage in unlawful sexual activity with a person believed to be a minor. State v. Shelley, 176 So. 3d 914 (Fla. 2015). In light of Shelley, the Florida Supreme Court quashed our opinion in Truitt. Truitt v. State, 2016 WL 1668164 (Fla. April 27, 2016). Accordingly, this cause is remanded to the trial court with instructions to vacate Appellant's conviction and sentence for the lesser included offense of improper use of computer services for solicitation. Shelley, 176 So. 2d at 919-20.

REMANDED with instructions.

B.L. THOMAS, KELSEY, and WINOKUR, JJ., CONCUR.